UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ANTHONY DUANE CRAIG

VERSUS

DENNIS GRIMES, ET AL

CIVIL ACTION

NO. 11-824-BAJ-SCR

**RULING and ORDER OF DISMISSAL**

The Court, having carefully considered the complaint, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated January 5, 2012 (doc. 4), the plaintiff's objection thereto (doc. 5), hereby approves the Report and Recommendation of the Magistrate Judge and adopts it as the Court's opinion herein.

Accordingly, **IT IS ORDERED** that plaintiff's complaint is hereby dismissed pursuant to 42 U.S.C. § 1997e(a) and 28 U.S.C. § 1915(e)(2)(B)(i).

Baton Rouge, Louisiana, January 31, 2012.

BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA